174 A.3d 518

NEW JERSEY INTERGOVERNMENTAL INSURANCE FUND, PLAINTIFF-RESPONDENT, v. LORRAINE SELECKY AND JOEL I. RACHMIEL, ESQ., DEFENDANTS-PETITIONERS.

C-168 September Term 2017
079782

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001292-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

174 A.3d 519

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DONNELL W. ANCRUM, DEFENDANT-PETITIONER.

C-161 September Term 2017
079347

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000932-16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.